UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEC SEIDMAN,

                Plaintiff,

-against-

CEMBER & CEMBER, P.C. and TEG FEDERAL CREDIT UNION,

                Defendants.

**ORDER OF SERVICE**

24-CV-09828

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Cember & Cember, P.C., and TEG Federal Credit Union. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

**SO ORDERED.**

Dated: White Plains, New York
January 8, 2025

_____
Philip M. Halpern
United States District Judge