UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEC SEIDMAN,

                                               Plaintiff,

-against-

CEMBER & CEMBER, P.C., and TEG FEDERAL CREDIT UNION,

                                              Defendants.
------------------------------------------------------------------X

Case No.: 7:24-cv-09828-JPO

**NOTICE OF MOTION TO DISMISS**

       **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Brian Gitnik, Esq., dated March 3, 2025, and the exhibits annexed thereto, the accompanying Memorandum of Law is Support of Defendant's Motion to Dismiss, and the Affidavit of Alicia Lilly, and all prior papers and proceedings herein, the undersigned hereby move before Honorable Philip M. Halpern, United States District Court Judge, in the United States District Court for the Southern District of New York, for an Order dismissing the Complaint as to TEG Federal Credit Union in its entirety with prejudice, and granting such other and further relief as this Court may deem just and proper. Defendant TEG Federal Credit Union moves pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  March 3, 2025
           New York, New York

Respectfully Submitted,

**LITCHFIELD CAVO LLP**

**/s/** *Brian Gitnik*_____
Brian Gitnik, Esq.
420 Lexington Ave., Suite 2104
New York, New York 10170
Tel: (212) 434-0100

---

Motion denied without prejudice to renewal after the Court's resolution of Defendant's March 3, 2025 letter motion (Doc. 17).

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 16.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           March 4, 2025

*Attorneys for Defendant*
*TEG Federal Credit Union*

**TO:** *VIA ECF, EMAIL AND USPS*

Alec Seidman
3 James Cromwell Lane
Walkill, NY 12589
(845) 260-3185
Alec.H.Seidman@gmail.com
*Pro Se Plaintiff*

Jason Biegel
RIVKIN RADLER
926 RXR Plaza
Uniondale, NY 11556
(516) 357-3153
Jason.Biegel@rivkin.com
*Attorneys for Defendant*
*Cember & Cember, P.C.*