UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEC SEIDMAN,

|  |  |
|---|---|
|  | Case No.: 7:24-cv-09828-JPO |
| Plaintiff, | |
|  | **NOTICE OF MOTION TO DISMISS** |
| -against- | |

CEMBER & CEMBER, P.C., and TEG FEDERAL
CREDIT UNION,

Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Brian Gitnik, Esq., dated April 8, 2025, and the exhibits annexed thereto, the accompanying Memorandum of Law is Support of Defendant's Motion to Dismiss, and the Affidavit of Alicia Lilly, and all prior papers and proceedings herein, the undersigned hereby move before Honorable Philip M. Halpern, United States District Court Judge, in the United States District Court for the Southern District of New York, for an Order dismissing the Complaint as to TEG Federal Credit Union in its entirety with prejudice, and granting such other and further relief as this Court may deem just and proper.

Defendant TEG Federal Credit Union moves pursuant to Federal Rule of Civil Procedure 12(b)(6).

> Motion denied without prejudice. Defendant TEG Federal Credit Union shall comply with the Court's March 17, 2025 Order (Doc. 22), directing Defendants to "file one, joint set of motion papers with separate notices of motion and a consolidated memorandum of law by April 17, 2025."
>
> The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff and terminate the motion sequence pending at Doc. 26.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>      April 9, 2025

Respectfully Submitted,

**LITCHFIELD CAVO LLP**

**/s/ *Brian Gitnik*_____**
Brian Gitnik, Esq.
420 Lexington Ave., Suite 2104
New York, New York 10170
Tel: (212) 434-0100

*Attorneys for Defendant*
*TEG Federal Credit Union*

**TO:**    *VIA ECF, EMAIL AND USPS*

Alec Seidman
3 James Cromwell Lane
Walkill, NY 12589
(845) 260-3185
Alec.H.Seidman@gmail.com
*Pro Se Plaintiff*

Jason Biegel
RIVKIN RADLER
926 RXR Plaza
Uniondale, NY 11556
(516) 357-3153
Jason.Biegel@rivkin.com
*Attorneys for Defendant*
*Cember & Cember, P.C.*