AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Southern** District of **New York**

ALEC SEIDMAN

Plaintiff(s),

V.

CEMBER & CEMBER, P.C., and TEG FEDERAL CREDIT UNION

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 7:2024-CV-09828

Notice is hereby given that, subject to approval by the court, **TEG FEDERAL CREDIT UNION** (Party(s) Name) substitutes **Brian S. Gitnik c/o Gordon Rees Scully Mansukhani LLP** (Name of New Attorney), State Bar No. **3909033** as counsel of record in place of **LITCHFIELD CAVO LLP** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Gordon Rees Scully Mansukhani LLP
- Address: One Battery Park Plaza 28th Floor
- Telephone: 212 269 5500    Facsimile: 212 269 5505
- E-Mail (Optional): bgitnik@grsm.com

I consent to the above substitution.

Date: June 6, 2025

*Lyndsey Caldwell*
Lyndsey Caldwell
(Signature of Party(s))

I consent to being substituted.

Date: 

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: July 16, 2025

/s/ Brian S. Gitnik
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 16, 2025

Hon. Philip M. Halpern ~~Judge~~
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]