**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ALEC SEIDMAN,

                      Plaintiff,

      -against-                            24 **CIVIL** 9828 (PMH)

                                            **JUDGMENT**

CEMBER & CEMBER, P.C., and TEG FEDERAL
CREDIT UNION,

                      Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 09, 2026, Defendants' motions to dismiss are GRANTED and Plaintiff's claims are dismissed with prejudice as any amendment would be futile.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      January 12, 2026

                                  **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

               **BY:**   _____
                                **Deputy Clerk**